KEYSTONE AUTOMOBILE CLUB, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 13738. Promulgated June 10, 1949.

*R. Lester Moore, Esq.*, for the petitioner.
*William H. Best, Esq.*, for the respondent.

1040

1046

## OPINION.

Opper, *Judge*: This proceeding is controlled by *Chattanooga Automobile Club*, 12 T. C. 967, from which it is indistinguishable. No basis exists for limiting the action of respondent under the doctrine of estoppel where appropriate enforcement of the law requires a change of position on his part. *Agricultural Securities Corporation*, 39 B. T. A. 1103, 1114; affd. (C. C. A., 9th Cir.), 116 Fed. (2d) 800; *Stern Bros. & Co.* v. *Commissioner* (C. C. A., 8th Cir.) ; 108 Fed. (2d) 309; affd., 311 U. S. 617. On the authority of *Chattanooga Automobile Club*, *supra*,

*Decision will be entered for the respondent.*